UNITED STATES BANKRUPTCY COURT
District of Maine

| | |
|---|---|
| In the matter of: | Chapter 13 |
| CARRIE ANN HUGHEN COLE | Case No. 11-21784 |
| JEFFREY WILLIAM COLE | |
| Debtors | |

NOTICE OF WITHDRAWAL AS ATTORNEY FOR DEBTORS

Charles R. Bean, Esq., appears and hereby withdraws as counsel for Debtors.

Dated:    September 24, 2012        /s/Charles R. Bean, Esq.
----------------------------------------------------------------
Charles R. Bean, Esq.
Attorney for Debtors